No. 624.  BARNES *v.* TEXAS.  Court of Criminal Appeals of Texas. Certiorari denied. *Angelo Piranio* for petitioner. *John Ben Shepperd,* Attorney General of

Texas, and *Robert O. Fagg,* Assistant Attorney General, for respondent.